AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of  NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:15-mj-00509-VCF |
| | ) | |
| FRANCIS CASILDO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3D |
| | | Date and Time: | 06/17/2015 at 03:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      June 16, 2015

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        JUN 1 6 2015

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```